UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| ELIZABETH LITTLE, ET AL., on behalf of themselves and all others similarly situated, | : : : : | CLASS ACTION COMPLAINT 3:22-cv-01189 (MPS) |
| Plaintiffs, | : : | |
| v. | : : | |
| UNILEVER UNITED STATES, INC., | : : | |
| Defendant. | : | OCTOBER 14, 2022 |

**DEFENDANT UNILEVER UNITED STATES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and D. Conn. L. Civ. R 7.1, Defendant Unilever United States, Inc. ("Unilever"), states as follows:

1. Unilever is a private, non-governmental party, and Unilever is an indirect wholly-owned subsidiary of Unilever PLC, which is a publicly held company.

2. No publicly-held corporation owns 10% or more of the stock in Unilever PLC.

DEFENDANT,
UNILEVER UNITED STATES, INC.

By: /s/ *Robert R. Simpson*
Robert R. Simpson (ct15653)
Lauren R. Greenspoon (ct04846)
SHOOK HARDY & BACON L.L.P.
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel. No.: (860) 515-8901
Fax No.: (860) 515-8911
RSimpson@shb.com
LGreenspoon@shb.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the **14** day of **OCTOBER, 2022**, a copy of the foregoing **DEFENDANT UNILEVER UNITED STATES, INC.'S CORPORATE DISCLOSURE STATEMENT** was sent via electronic mail to the following:

Steven L. Bloch, Esq.
Ian W. Sloss, Esq.
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Tel: (203) 325-4491
Fax: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs*

/s/ *Robert R. Simpson*
Robert R. Simpson