UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Elizabeth Little, Cathy Armstrong, Clair Awad, Kelly Branch, Suzanne Fitzgerald, Mari Gunn, Sarah Herandez, Stacy Vail, and Christina Vanviet, on behalf of themselves and all others similarly situated, | : : : : : : : | CLASS ACTION COMPLAINT<br><br>Case No. 3:22-cv-01189 (MPS) |
| Plaintiffs, | : : | |
| v. | : : : | |
| UNILEVER UNITED STATES, INC., | : : : | |
| Defendant. | : | NOVEMBER 28, 2022 |

## JOINT STATUS REPORT

As the court suggested, the parties, plaintiffs Elizabeth Little, Cathy Armstrong, Clair Awad, Kelly Branch, Suzanne Fitzgerald, Mari Gunn, Sarah Hernandez, Stacy Vail, and Christina VanVliet ("Plaintiffs") and defendant Unilever United States, Inc. ("Unilever"), submit this status report to apprise the court of the following: (1) proceedings in other districts; and (2) a description of the requested action the parties propose to take in this action going forward.

## I.   PROCEEDINGS IN OTHER DISTRICTS

Plaintiffs' action is the first filed of six substantially-identical putative class actions pending against Unilever alleging that its dry shampoo products contain dangerous levels of benzene. Plaintiffs' action is based, in part, on proprietary testing results concerning the alleged levels of benzene in Unilever's dry shampoo products. This District was the first to acquire jurisdiction on September 21, 2022, when *Little, et al. v. Unilever United States, Inc.*, Case No. 3:22-cv-01189

(D. Conn.) (ECF No. 1), was filed. After the *Little* action was filed, Unilever voluntarily recalled select lots of dry shampoo products due to potentially elevated levels of benzene.[1]

As Unilever noted in the public announcement of its voluntary recall, "its internal review showed that the propellant in some product samples contained slightly elevated levels of benzene. Benzene is not an ingredient in the products, and an independent health hazard evaluation showed that daily exposure to benzene in the recalled products at the trace levels detected in testing would not be expected to cause adverse health consequences, nor has Unilever received any reports of adverse health consequences in connection with these dry shampoo products. Benzene is among the 20 most widely used chemicals in the United States. It is commonly found in both rural and urban areas, and people can be exposed to benzene in the environment from gasoline fumes, automobile exhaust, factory emissions and wastewater from certain industries. Cigarette smoking and secondhand smoke are also important sources of exposure to benzene. Unilever is offering a refund to customers who had purchased dry shampoo products affected by the recall."[2]   As outlined below, several copycat class actions were subsequently filed in the wake of Unilever's voluntary recall.

As in this case, the plaintiffs in the copycat class actions claim that they purchased Unilever dry shampoo products, that the products were allegedly contaminated with benzene, and that they purportedly suffered an economic injury because the allegedly-contaminated products were worthless or were not worth the price they paid.  Also like this case, the plaintiffs in the copycat class actions claim that, by selling the allegedly-contaminated dry shampoos,

---

[1] Unilever, *Unilever Issues Voluntary U.S. Recall of Select Dry Shampoos Due to Potential Presence of Benzene* (Oct. 17, 2022), https://www.unileverusa.com/news/press-releases/2022/unilever-issues-voluntary-us-recall-of-select-dry-shampoos-due-to-potential-presence-of-benzene/.

[2] *Id.*

Unilever, among other things, allegedly breached express and implied warranties, violated consumer protection statutes, and was unjustly enriched.  Further, the plaintiffs in the copycat class actions seek to represent the same nationwide class of purchasers encompassed by the *Little* action who purchased Unilever's dry shampoo products and request the same type of economic damages and equitable relief as the Plaintiffs in the *Little* action.

List of Copycat Class Actions Filed After the Recall

After Unilever's recall, a number of putative class actions (five) alleging economic injuries related to the recalled dry shampoo products were filed:

- *Rullo v. Unilever United States, Inc.*, No. 2:22-cv-06422 (D.N.J) (filed Nov. 2, 2022);

- *Sims v. Unilever United States, Inc.*, No. 1:22-cv-06140 (N.D. Ill.) (filed Nov. 4, 2022);

- *Barnette v. Unilever United States, Inc.*, No. 3:22-cv-01236 (M.D. Fla.) (filed Nov. 9, 2022);

- *Schriver v. Unilever United States, Inc.*, No. 1:22-cv-23706 (S.D. Fla.) (filed Nov. 11, 2022); and

- *Simmons v. Unilever United States, Inc.*, No. 3:22-cv-23376 (N.D. Fla.) (filed Nov. 17, 2022).

In the interest of justice and efficiency, Unilever is in the process of transferring all of the above copycat cases under 28 U.S.C. § 1404(a) and the first-to-file rule to the District of Connecticut, where this case is being actively litigated.  Such a transfer will prevent "likelihood of unnecessary duplication of litigation for the parties, the danger of inconsistent rulings, and [is in] the interests of sound judicial administration and judicial economy for the federal court system." *Banegas v. Procter & Gamble Co.*, No. 0:16-CV-61617, 2016 WL 5940104, at *1 (S.D. Fla. Sept. 28, 2016) (D. Gayles); *Savage v. Seterus, Inc.*, No. 2:19-CV-14256, 2020 WL 230982, at *2 (S.D. Fla. Jan. 15, 2020) (citing *Strother v. Hylas Yachts, Inc.*, Case No. 12-80283-CV,

2012 WL 4531357, at *1 (S.D. Fla. Oct. 1, 2012); *Rudolph & Me, Inc. v. Ornament Cent., LLC*, Case No. 8:11-cv-670-T-33EAJ, 2011 WL 3919711, *1 (M.D. Fla. Sept. 7, 2011). To date, Unilever has filed motions to transfer in *Rullo v. Unilever United States, Inc.*, No. 2:22-cv-06422 (D.N.J) and *Sims v. Unilever United States, Inc.*, No. 1:22-cv-06140 (N.D. Ill.). Moreover, Unilever has secured an agreement with plaintiffs' counsel in the *Barnette v. Unilever United States, Inc.*, No. 3:22-cv-01236 (M.D. Fla.) and *Schriver v. Unilever United States, Inc.*, No. 1:22-cv-23706 (S.D. Fla.) to transfer those matters to this District.

## II.   DESCRIPTION OF THE REQUESTED ACTION BEING SOUGHT

The parties intend that this action proceed in this District. Given the pending efforts to transfer the five copycat actions to this District, the parties request the following:

(1) a stay of all pending deadlines in this action until the transfer of the copycat actions occurs (or the copycat actions are stayed);

(2) once the transfer of the actions occurs, (and/or copycat actions are stayed) the court order the plaintiffs from all of the actions to file a Joint Complaint; and once the transfer of the actions (and/or copycat actions are stayed) occurs, the court schedule a status conference with all of the parties from this action and the transferred actions to set a schedule for proceeding with the consolidated litigation, including the filing of the Joint Complaint, the briefing of any motion to dismiss, the filing of motions for appointment of interim class counsel, and discovery.

This Joint Status Report is respectfully submitted by:

PLAINTIFFS,                                    DEFENDANT,
ELIZABETH LITTE, ET AL.                        UNILEVER UNITED STATES, INC.

*/s/Steven L. Bloch*                           */s/Robert Reginald Simpson*
Steven L. Bloch, Esq. (ct31246)                Robert Reginald Simpson, Esq. (ct15653)
Ian W. Sloss, Esq. (ct31244)                   Lauren R. Greenspoon, Esq. (ct04846)
SILVER GOLUB & TEITELL LLP                     SHOOK, HARDY & BACON L.L.P.
One Landmark Square, 15th Floor                185 Asylum Street
Stamford, CT 06901                             City Place 1, Suite 3701
Tel: (203) 325-4491                            Hartford, CT 06103
Fax: (203) 325-3769                            Tel. No.: (860) 515-8901
sbloch@sgtlaw.com                              Fax No.: (860) 515-8911
isloss@sgtlaw.com                              RSimpson@shb.com
                                               LGreenspoon@shb.com

Their Attorneys

                                               Its Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the **28th** day of **NOVEMBER, 2022**, a copy of the foregoing **JOINT STATUS REPORT** was sent via electronic mail to the following:

Steven L. Bloch, Esq.
Ian W. Sloss, Esq.
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Tel: (203) 325-4491
Fax: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com

***Attorneys for Plaintiffs***

/s/ *Robert R. Simpson*
Robert R. Simpson