## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH LITTLE, CATHY ARMSTRONG, CLAIR AWAD, KELLY BRANCH, SUZANNE FITZGERALD, MARI GUNN, SARAH HERNANDEZ, STACY VAIL, CHRISTINA VANVLIET, BILLIE BARNETTE, and ROBERT RULLO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNILEVER UNITED STATES, INC., AEROPRES CORPORATION, and VOYANT BEAUTY, LLC, <br><br> Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 3:22-CV-01189 <br>:<br>: (MPS) |
| VOYANT BEAUTY, LLC, <br><br> First Third-Party Plaintiff, <br><br> v. <br><br> DIVERSIFIED CPC INTERNATIONAL, INC., <br><br> First Third-Party Defendant, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| AEROPRES CORPORATION, <br><br> Second Third-Party Plaintiff, <br><br> v. <br><br> BP ENERGY COMPANY and AUX SABLE LIQUID PRODUCTS LP, <br><br> Second Third-Party Defendants. | :<br>:<br>:<br>:<br>: AUGUST 12, 2024 <br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT UNILEVER UNITED STATES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Unilever United States, Inc. submits this notice of supplemental authority to bring to the Court's attention two recent decisions on Article III standing relevant to the issues raised by Unilever's Motion to Dismiss the Amended Consolidated Class Action Complaint. (ECF Nos. 125 and 126.) The decisions, *Lurenz v. Coca-Cola Co.*, No. 22-cv-10941 (NSR), 2024 WL 2943834 (S.D.N.Y. June 10, 2024) and *Walker v. Keurig Dr Pepper Inc.*, No. 22-cv-5557 (MKB), 2024 WL 3432031 (E.D.N.Y. July 16, 2024) are attached hereto as exhibits A and B.

DEFENDANT,
UNILEVER UNITED STATES, INC.

By: */s/ Lauren R. Greenspoon*
Robert Reginald Simpson (ct15653)
Lauren R. Greenspoon (ct04846)
SHOOK, HARDY & BACON L.L.P.
185 Asylum Street
City Place 1, Suite 3701
Hartford, CT 06103
Tel. No.: (860) 515-8901
Fax No.: (860) 515-8911
RSimpson@shb.com
LGreenspoon@shb.com

James P. Muehlberger (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Tel. No.: (816) 559-2372
Fax No.: (816) 421-5547
JMuehlberger@shb.com

Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 12, 2024**, a copy of the foregoing document was filed electronically and notice of this filing has been sent by the Court's CM/ECF system to all counsel of record.

*/s/ Lauren R. Greenspoon*
Lauren R. Greenspoon
