UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH LITTLE, CATHY ARMSTRONG, CLAIR AWAD, KELLY BRANCH, SUZANNE FITZGERALD, MARI GUNN, SARAH HERNANDEZ, STACY VAIL, CHRISTINA VANVLIET, BILLIE BARNETTE, and ROBERT RULLO, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNILEVER UNITED STATES, INC., AEROPRES CORPORATION, and VOYANT BEAUTY, LLC,<br><br>*Defendants.* | Case No. 3:22-cv-01189-MPS |
| VOYANT BEAUTY, LLC,<br><br>*Defendant/First Third-Party Plaintiff,*<br><br>v.<br><br>DIVERSIFIED CPC INTERNATIONAL, INC.,<br><br>*First Third-Party Defendant.* | **NOTICE OF FILING OF AMENDED EXHIBIT TO DECLARATION OF STEVEN L. BLOCH IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| AEROPRES CORPORATION,<br><br>*Defendant/Second-Third Party Plaintiff,*<br><br>v.<br><br>BP ENERGY COMPANY and AUX SABLE LIQUID PRODUCTS LP,<br><br>*Second-Third Party Defendants.* | |

Plaintiffs Elizabeth Little, Cathy Armstrong, Clair Awad, Kelly Branch, Suzanne Fitzgerald, Mari Gunn, Sarah Hernandez, Stacy Vail, Christina VanVliet, Billie Barnette, and Robert Rullo ("Plaintiffs") hereby provide notice of an amended exhibit in connection with their Unopposed Motion for Preliminary Approval of Class Action Settlement, ECF No. 198 ("Motion"). As set forth in Plaintiffs' Motion, the exhibit attached hereto as Exhibit 1 is the fully executed Settlement Agreement between the parties that is the subject of the Motion, now including the signature of Plaintiff Mari Gunn. *See* Motion at n.1. This amended exhibit replaces the previously filed version attached as Exhibit 1 to the Declaration of Steven L. Bloch in Support of Plaintiffs' Motion. *See* ECF No. 200, Ex. 1.

Dated: May 7, 2025							Respectfully submitted,

**SILVER GOLUB & TEITELL LLP**

*/s/ Steven L. Bloch*
Steven L. Bloch (ct31246)
Ian W. Sloss (ct31244)
Johnathan Seredynski (ct30412)
Krystyna Gancoss (ct31660)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
jseredynski@sgtlaw.com
kgancoss@sgtlaw.com

*Interim Lead Class Counsel*

SAUDER SCHELKOPF
Joseph G. Sauder*
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com

SQUITIERI & FEARON, LLP
Stephen J. Fearon, Jr.*
305 Broadway, 7th Floor
New York, New York 10007
P: (212) 421-6492
F. (212) 421-6553
stephen@sfclasslaw.com

*Admitted pro hac vice*

*Interim Executive Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Steven L. Bloch*
Steven L. Bloch