**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

ELIZABETH LITTLE, CATHY ARMSTRONG, CLAIR AWAD, KELLY BRANCH, SUZANNE FITZGERALD, MARI GUNN, SARAH HERNANDEZ, STACY VAIL, CHRISTINA VANVLIET, BILLIE BARNETTE, and ROBERT RULLO, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UNILEVER UNITED STATES, INC., AEROPRES CORPORATION, and VOYANT BEAUTY, LLC,

Defendants.

VOYANT BEAUTY, LLC,

Defendant/First Third-Party Plaintiff,

v.

DIVERSIFIED CPC INTERNATIONAL, INC.,

First Third-Party Defendant.

AEROPRES CORPORATION,

Defendant/Second Third-Party Plaintiff,

v.

BP ENERGY COMPANY and AUX SABLE LIQUID PRODUCTS LP,

Second Third-Party Defendants.

No. 3:22-cv-01189 (MPS)

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY EXTENSION**

Plaintiff Billie Barnette ("Plaintiff"), Defendants Unilever United States, Inc., Aeropres Corporation, and Voyant Beauty, LLC ("Defendants,"), and Third-Party Defendant Diversified CPC International, Inc. ("Third-Party Defendant", and together with Plaintiff and Defendants, the "Parties") jointly submit this Notice to advise the Court that the Parties have reached an agreement in principle to settle Plaintiffs' claims against Defendants in this action, and Voyant Beauty, LLC's claims against Diversified CPC International, Inc in this action. The Parties will begin drafting the Class Action Settlement Agreement and Release and supporting documents, including the proposed class notice program, claims forms, motion for preliminary approval of class settlement, and proposed order granting preliminary approval. The Parties are working toward submission of these documents within the next 60 days, subject to the schedules of third parties, including claims administrators. Accordingly, the Parties respectfully request that the Court defer any decision(s) on Defendants' pending motions to dismiss, and extend all case deadlines by 60 days, so that the foregoing documents in support of the Parties' Settlement can be submitted to the Court for approval.

Dated: November 17, 2026

Respectfully submitted,

**PLAINTIFF BILLIE BARNETTE**,

*/s/ Steven L. Bloch*

Steven L. Bloch (ct31246)
Ian W. Sloss (ct31244)
Johnathan Seredynski (ct30412)
Krystyna Gancoss (ct31660)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
jseredynski@sgtlaw.com
kgancoss@sgtlaw.com

**DEFENDANT UNILEVER UNITED STATES, INC.,**

*/s/ Lauren R. Greenspoon*

Robert Reginald Simpson (ct15653)
Lauren R. Greenspoon (ct04846)
SHOOK, HARDY & BACON L.L.P.
185 Asylum Street
City Place 1, Suite 3701
Hartford, CT 06103
Tel. No.: (860) 515-8901
Fax No.: (860) 515-8911
RSimpson@shb.com
LGreenspoon@shb.com

James P. Muehlberger (pro hac vice)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Tel. No.: (816) 559-2372
Fax No.: (816) 421-5547
JMuehlberger@shb.com

**DEFENDANT AEROPRES CORPORATION,**

*/s/ Joshua Laurence Milrad*

Joshua Laurence Milrad
GOLDBERG SEGALLA LLP
500 Enterprise Drive
Suite 402
Rocky Hill, CT 06067
Tel. No.: (860) 760-3328
jmilrad@goldbergsegalla.com

Oliver Edward Twaddell
GOLDBERG SEGALLA LLP
711 Third Avenue, 19th Floor
New York, NY 10017
Tel. No.: (646) 292-8751
otwaddell@goldbergsegalla.com

**DEFENDANT VOYANT BEAUTY, LLC,**

*/s/ Michael David Simons*

Eric J. Robbie
Jeniffer A.P. Carson
Michael David Simons
CMBG3 LAW LLC
265 Franklin Street, Suite 601
Boston, MA 02110
Tel. No.: (617) 279-8200
erobbie@cmbg3.com
jcarson@cmbg3.com
msimons@cmbg3.com

**THIRD-PARTY DEFENDANT**
**DIVERSIFIED CPC**
**INTERNATIONAL, INC.,**

*/s/ Dawn Rudenko*

Dawn Rudenko
Robert Tonn
HOLLAND & KNIGHT LLP
263 Tresser Boulevard
One Stamford Plaza, Suite 1400
Stamford, CT 06901
Tel. No.: (203) 905-4520
dawn.rudenko@hklaw.com
robert.tonn@hklaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 17, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Steven L. Bloch
Steven L. Bloch